UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

------------------------------------x
UNITED STATES OF AMERICA            :

       v.                           :   NOTICE OF INTENT TO

MISTER A.C. LTD.; AND               :   FILE AN INFORMATION
MICHAEL C. VIGNOLA,
                Defendants          :

------------------------------------x

JUDGE LYNCH

    Please take notice that the United States Department of Justice Antitrust Division will file an information upon the defendants' waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          October 22, 2007

                                        RALPH T. GIORDANO
                                        Chief, New York Field Office
                                        Antitrust Division
                                        U.S. Department of Justice

                                  By:   _____
                                        STEPHEN J. McCAHEY
                                        Trial Attorney


                                        AGREED AND CONSENTED TO:

                                  By:   _____
                                        CELIA A. GORDON, ESQ.
                                        Attorney for MISTER A.C. LTD., AND
                                        MICHAEL C. VIGNOLA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/07

10/23/07   WHEEL A