# United States District Court
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

JUDGE LYNCH

| UNITED STATES OF AMERICA | ) 07 CRIM 1021 |
|---|---|
|  | ) |
| v. | ) No. |
|  | ) |
|  | ) |
| Mister A.C. LTD. | ) |

Mister A.C. LTD. the above named defendant, who is accused of

15 U.S.C. § 1

being advised of the nature of the charge and of it's rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____, Defendant.

_____, Witness.

_____, Counsel for Defendant.

DATE: 11/7/07



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 07 2007