UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                07 CR. 1021 (GEL)

MISTER A.C. LTD., and
MICHAEL C. VIGNOLA

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

**ORDER**

The defendants' sentencing scheduled for January 11, 2007, will be adjourned until July 25, 2008. The scheduled time will be 2:00 p.m.

SO ORDERED:

_____
Hon. Gerard E. Lynch, U.S.D.J.

Dated: New York, New York
       December 17, 2007